RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/27/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JEFFERY BROUSSARD | CIVIL ACTION NO. 3:11-cv-2006 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| OFFICER ROBINSON, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaints [Doc. Nos. 1 and 2], including his Motion for Transfer or Placement [Doc. No. 10] be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii)

MONROE, LOUISIANA, this 24 day of February, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE